

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juana Monreal, an Individual | Civil Action No.   13cv0743 AJB(NLS) |
| **Plaintiff,** | |
| V. | |
| SEE ATTACHED | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion to dismiss. (Doc. No. 20.) The Court dismisses Plaintiff's RESPA and HOEPA claims with prejudice and declines to exercise supplemental jurisdiction over the remaining state-law claims. The state-law claims are therefore dismissed without prejudice for want of jurisdiction.

Date:   10/22/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  C. Ecija

C. Ecija, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

                                               **Civil Action No.**   13cv0743 AJB(NLS)

JUANA MONREAL, an Individual,
                Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY; GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES LLC D/B/A ETS SERVICES, LLC; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-50, INCLUSIVE,
                Defendants.